## Hosher v. Hesterman.

1. FORCIBLE DETAINER—*Appeal Bond in Five Days.*—In forcible detainer cases the bond on appeal must be filed within five days after the rendition of the judgment.

2. ABSTRACT AND BRIEFS—*Failure to File in Time—Motion to Dismiss.*—A failure to file briefs and abstracts in time under the rule entitles the appellee to have the appeal dismissed, unless the delay is excused upon circumstances to be shown to the court.

**Memorandum.**—Forcible detainer. Appeal from the Circuit Court of Cook County. Heard in this court at the March term, 1893. Appeal dismissed. Opinion filed April 17, 1893.

The opinion states the case.

A. C. STORY, attorney for appellant.

WINSTON & MEAGHER, attorneys for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellant being plaintiff in an action of forcible detainer against the appellee in the Circuit Court, was defeated there and prayed an appeal to this court, which was allowed

and thirty days given him in which to file his appeal bond, and he did file it on the thirtieth day.

In this court, under the 27th rule, his abstract and brief were due April 3d, and he filed them April 6th.

In forcible detainer cases the bond on an appeal must be filed within five days after the rendition of the judgment; Kenny v. Jones, 37 Ill. App. 615; and the court could not enlarge the time; *Ibid.*, and see Rozier v. Williams, 92 Ill. 187, involving the same question in principle. See also Fairbanks v. Streeter (Ill.), 31 N. E. 494, 142 Ill 226.

Neglect to file the abstract and brief entitles the appellee to have the appeal dismissed, "unless the delay is excused upon circumstances to be shown." Rule 27. No excuse is shown.

The appellee moved for the dismissal of the appeal on both grounds. The motion is granted, and the appeal dismissed.